NOT DESIGNATED
FOR PUBLICATION

# COURT OF APPEAL, FIRST CIRCUIT
# STATE OF LOUISIANA

RE:  Docket Number 2018-CA-0068

Florida Gas Transmission Company, LLC
- - Versus - -
Texas Brine Company, LLC, ET AL.

23rd Judicial District Court
Case # 34316
Assumption Parish

On Application for Rehearing filed 07/26/2019 by Texas Brine Company

Rehearing                          **DENIED**

_____
J. Michael McDonald

_____
William J. Crain

_____
Mitchell R. Theriot

Date    AUG 1 4 2019
_____

_____
Rodd Naquin, Clerk